

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District Eastern District of Tennessee |
|---|---|
| Name (under which you were convicted): Joseph Story | Docket or Case No.: CR-2-02-22 |
| Place of Confinement: USP Atlanta | Prisoner No.: 20140-074 |
| UNITED STATES OF AMERICA  v. | Movant (include name under which you were convicted) JOSEPH STORY |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: U.S. District Court for the Eastern District of Tennessee, Greeneville

   (b) Criminal docket or case number (if you know): CR-2-02-22

2. (a) Date of the judgment of conviction (if you know): September 22, 2003

   (b) Date of sentencing: Same

3. Length of sentence: 360 months

4. Nature of crime (all counts): 21 U.S.C. §§846 and 841 - Conspiracy to possess cocaine with intent to distribute

5. (a) What was your plea? (Check one)

   (1) Not guilty ☒   (2) Guilty ☐   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? NA

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☒   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?  Yes ☐  No ☒

8. Did you appeal from the judgment of conviction?  Yes ☒  No ☐

9. If you did appeal, answer the following:
   (a) Name of court: __U.S. Court of Appeals for the Sixth Circuit__
   (b) Docket or case number (if you know): __03-6260__
   (c) Result: __Vacated and Remanded for Resentencing__
   (d) Date of result (if you know): __March 9, 2005__
   (e) Citation to the case (if you know): __03-6260__
   (f) Grounds raised: __Sentencing Issues__

   (g) Did you file a petition for certiorari in the United States Supreme Court?  Yes ☐  No ☒
   If "Yes," answer the following:
   (1) Docket or case number (if you know): __NA__
   (2) Result: __NA__
   (3) Date of result (if you know): __NA__
   (4) Citation to the case (if you know): __NA__
   (5) Grounds raised: __NA__

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐  No ☒

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: __NA__
        (2) Docket or case number (if you know): __NA__
        (3) Date of filing (if you know): __NA__

(4) Nature of the proceeding: __NA__

(5) Grounds raised: __NA__

_____
_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☐     NA

(7) Result: __NA__

(8) Date of result (if you know): __NA__

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: __U.S. COURT OF APPEALS FOR THE SIXTH CIRCUIT__

(2) Docket or case number (if you know): __05-6422__

(3) Date of filing (if you know): __August, 2005__

(4) Nature of the proceeding: __Direct Appeal to Remand__

(5) Grounds raised: __Sentencing Issues__

_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☒   No ☐

(7) Result: __Resentenced__

(8) Date of result (if you know): __October 1, 2007__

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:    Yes ☐   No ☐    Same as Above

(2) Second petition:   Yes ☐   No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: <u>Action was appeal from remand for resentencing</u>

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:** <u>COUNSEL WAS INEFFECTIVE FOR FAILING TO NOTE, OBJECT OR APPEAL THE DISTRICT COURT'S FAILURE TO OBSERVE IT'S DEPARTURE AUTHORITY WITH REGARDS TO POST CONVICTION REHABILITATION DEPARTURE PREVIOUSLY ISSUED.</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
<u>At Resentencing, Movant requested that the Court consider reapplying the previously granted Departure for Post-Conviction Sentencing Rehabilitation. The district court granted departure upon resentencing on August 5, 2005. Upon resentencing on further remand the district court failed to recognize it's departure authority, which would allow the court to have imposed a sentence below the 20 year statutory minimum imposed. As the court had previously recognized Movant's post conviction efforts, counsel fell below the wide range of competent assistance by failing to argue in behalf of the client for a similar reduction, allowing the court to depart below the statutory maximum in this case. As a lesser sentence was available, Movant was prejudiced by counsel error in failing to note, object or appeal.</u>

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: <u>Ineffective Assistance of Counsel</u>

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: <u>NA</u>

Name and location of the court where the motion or petition was filed: <u>NA</u>

Docket or case number (if you know): __NA__

Date of the court's decision: __NA__

Result (attach a copy of the court's opinion or order, if available): __NA__

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐  No ☐    NA

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐  No ☐    NA

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☐    NA

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __NA__

Docket or case number (if you know): __NA__

Date of the court's decision: __NA__

Result (attach a copy of the court's opinion or order, if available): __NA__

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __NA__

**GROUND TWO:** COUNSEL WAS INEFFECTIVE FOR FAILING TO NOTE, OBJECT OR APPEAL THE DISTRICT COURT'S FAILURE TO RECOGNIZE IT'S DEPARTURE AUTHORITY WITH REGARDS TO DISPARITY BETWEEN CRACK COCAINE AND POWDER COCAINE.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

At resentencing the district court imposed a 20 year minimum mandatory, failing to recognize it's departure authority under the Supreme Court's decision in Kimbrough, which allows the district court to consider the disparity between crack cocaine and powder cocaine, while determining a proper sentence in confomance with 18 U.S.C. §3553. Movant suffered prejudice herein where the district court was free to determine that the crack cocaine guidelines were to harsh in the present case, concluding that the 50 grams of cocaine base, or more, found in the present case, triggered a sentence of which should be considerably less when viewed in light of crack-powder disparity, wherein an amount of cocaine powder would trigger a sentence of level 16, offense level 27-33 months sentence. As it is reasonable to conclude that had counsel directed the court to acknowledge it's departure authority, there is a reasonable probabiltiy that a lower sentence may have been imposed by the district court, due to disparity in sentencing of alleged co-defendants, post-conviction rehabilitation, the fact that this case presents no extraordinary circumstances, and other factors, Movant was prejudiced by failure to note, object or appeal the failure to recognize, or refuse, to

CONTINUED**

acknowledge departure authority under Kimbrough.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: <u>Ineffective Assistance of counsel.</u>

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____NA_____

Name and location of the court where the motion or petition was filed: __NA__

Docket or case number (if you know): __NA__

Date of the court's decision: __NA__

Result (attach a copy of the court's opinion or order, if available): __NA__

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐    NA

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐    NA

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐    NA

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __NA__

Docket or case number (if you know): __NA__

Date of the court's decision: __NA__

Result (attach a copy of the court's opinion or order, if available): __NA__

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ___NA___

GROUND THREE: COUNSEL FELL BELOW AN OBJECTIVE STANDARD OR REASONABLE ASSISTANCE AT TRIAL BY FAILING TO NOTE, OBJECT OR APPEAL THE ADMISSION OF STATEMENTS ELICITED IN ABSENCE OF RIGHT TO COUNSEL, DURING INTERROGATION BY POLICE.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The government relied upon testimony given by FBI Agent Drolshagen whom alleges that Movant gave unrecorded confessions. As Mr. Story was not apprised of his right to counsel, or counsel representing the defendant had not been contacted concerning overt acts of the alleged conspiracy, the Motion to Suppress should have been granted and this evidence should have been excluded. The State offense and federal offense are inextricably intertwined as shown that federal officers contacted state officials to assist in their investigation, drugs were found as a result of this assistance, the federal indictment charges a conspiracy, of which this state offense of possession of cocaine is an overt act. As such, counsel fell below a recognized standard of reasonable assistance by failing to object to the Magistrate Report on this subject matter, preserving the issues, by demonstrating the relationship of the cases and, if necessary, appealing and adverse decision which affected Movant's rights. The failure to note, object or appeal allowed prejudicial and excludable evidence which renders the verdict suspect.

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: __The present issue is predicated on counsel error, and raises a different issue, even if it relies upon same or similar facts.__

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ___NA___

Name and location of the court where the motion or petition was filed: ___NA___

Docket or case number (if you know): ___NA___

Date of the court's decision: ___NA___

Result (attach a copy of the court's opinion or order, if available): _____NA_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☐        NA

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☐        NA

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐    No ☐        NA

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ____NA____

Docket or case number (if you know): ___NA___

Date of the court's decision: ___NA___

Result (attach a copy of the court's opinion or order, if available): ___NA___

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ___NA___

**GROUND FOUR:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____
_____
_____
_____
_____
_____
_____

_____
_____

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____
_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____
_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: __None of the issues raised herein have been previously__ __raised due to ineffective assistance of counsel and/or development of__ __factual issues not available for direct appeal.__

_____

_____

_____

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging?  Yes ☐  No ☒
    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ____NA____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
    (a) At preliminary hearing: __William Francisco, 302 Sunset Drive, Suite 111,__ __Johnson City, TN 37604__
    (b) At arraignment and plea: ____Same____

    (c) At trial: ____Same____

    (d) At sentencing: ____Same____

(e) On appeal: __Same__

(f) In any post-conviction proceeding: __Same__

(g) On appeal from any ruling against you in a post-conviction proceeding: __Same__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?     Yes XX  No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☐  No X

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: __NA__

    (b) Give the date the other sentence was imposed: __NA__
    (c) Give the length of the other sentence: __NA__
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?  Yes ☐  No ☐

    NA

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* <u>I was resentenced in this case on March 24, 2008.  This Motion is filed within one year of resentencing and is therefore timely filed.</u>

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
  A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
    (1) the date on which the judgment of conviction became final;
    (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
    (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
    (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

<u>Vacate Movant's Conviction and/or Sentence, or alternatively, a new trial,</u>

<u>or alternatively, an Evidentiary Hearing to resolve disputed facts.</u>

or any other relief to which movant may be entitled.

_____NA_____<br>
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on March 20th, 2009 (month, date, year).

Executed (signed) on 20th March, 2009 (date).

*[Signature: Joseph J. Story]*
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

NA

JOSEPH STORY 20140-074
P.O. BOX 150160
ATLANTA, GA.

Atlanta P&DC 303 ZIP
FRI 20 MAR 2009 PM

LEGAL MAIL

EASTERN DISTRIC
OFFICE
CLERK, UNITED STATES
800 MARKET
KNOXVILLE,