UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | |
|---|---|
| JOSEPH STORY | ) |
| | ) |
| v. | ) NO. 2:09-cv-51; 2:02-cr-22 |
| | ) *Judge Jordan* |
| UNITED STATES OF AMERICA | ) |

### JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, petitioner's *pro se* motion to vacate, set aside, or correct a sentence filed under 28 U.S.C. § 2255 is **DENIED**, his motions to amend are likewise **DENIED**, and this case is **DISMISSED**, (Docs. 176, 190, 194). For reasons stated in the opinion, should petitioner give timely notice of an appeal from this order, such notice will be treated as an application for a certificate of appealability, which is hereby **DENIED,** given his failure to make a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b).

**IT IS SO ORDERED**.

**ENTER:**

_____
LEON JORDAN
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
  s/ *Debra C. Poplin*
  CLERK OF COURT