## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 22, 2015

Ms. Debra Poplin
Eastern District of Tennessee
220 W. Depot Street
Greeneville, TN 37743-0000

       Re: Case No. 12-5847, *Joseph Story v. USA*
           Originating Case No. : 2:09-cv-00051 : 2:02-cr-00022 -3

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                              Sincerely yours,

                              s/Cheryl Borkowski
                              Case Manager
                              Direct Dial No. 513-564-7035

cc:  Ms. Caryn L. Hebets
     Mr. Luke A. McLaurin
     Ms. Nikki Pierce
      Joseph Story

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 12-5847
_____

Filed: April 22, 2015

JOSEPH STORY

    Petitioner - Appellant

v.

UNITED STATES OF AMERICA

    Respondent - Appellee

MANDATE

Pursuant to the court's disposition that was filed 03/10/2015 the mandate for this case hereby issues today.

COSTS:  None