# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:02-CR-22 |
| ) | JUDGE JORDAN |
| JOSEPH STORY ) | |

**SUPPLEMENT TO EXPEDITED MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c) AND AMENDMENT 782, U.S. SENTENCING GUIDELINES**

The defendant, Joseph Story, by and through undersigned counsel, respectfully supplements the Expedited Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c) and Amendment 782, U.S. Sentencing Guidelines. (Doc. 226). Attached is a certificate for the Court's consideration in reaching a decision in this case.

                           RESPECTFULLY SUBMITTED:

                           FEDERAL DEFENDER SERVICES OF
                           EASTERN TENNESSEE, INC.

BY:   s/ *Nikki C. Pierce*
        Nikki C. Pierce
        BPR No. 018181
        Federal Defender Services
        129 West Depot Street, Suite 1
        Greeneville, TN 37743
        (423) 636-1301

## CERTIFICATE OF SERVICE

     I hereby certify that on September 14, 2015, a copy of the foregoing Supplement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                           s/ *Nikki C. Pierce*