# Certificate of Completion

**Joseph Story**

Has successfully completed the

**Mock Job Fair**

Given at USP McCREARY the 6th day of August in the Year 2015

_J. Bolar_
J. Bolar, SOE

_M. Casada_
M. Casada, Mock Job Fair Coordinator