# U.S. PROBATION OFFICE

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Joseph Story          **Docket Number:** 2:02-CR-22-003

**Name of Sentencing Judicial Officer:** The Honorable Thomas G. Hull
United States District Judge

**Name of Presiding Judicial Officer:** The Honorable R. Leon Jordan
United States District Judge

**Date of Original Sentence:** September 22, 2003

**Original Offense:** Count One: Conspiracy to Distribute and Possession with the Intent to Distribute 50 Grams or More of Cocaine Base; Count Seven: Distribution of Cocaine

**Class:** Count One: A Felony          **Criminal History Category:** VI
       Count Seven: B Felony

**Original Sentence:** 360 months on Counts One and Seven, to run concurrently, with a term of ten (10) years as to Count One, and a term of six (6) years as to Count Seven, to run concurrently, for a total effective term of ten (10) years supervised release

**Amended Sentence- August 4, 2005:** 300 months as to Counts One and Seven, to run concurrently, with a term of ten (10) years as to Count One, and a term of six (6) years as to Count Seven, to run concurrently, for a total effective term of ten (10) years supervised release

**Amended Sentence- March 24, 2008:** 240 months imprisonment, to be followed by ten (10) years supervised release as to Count One and a term of six (6) years as to Count Seven, to run concurrently, for a total effective term of ten (10) years supervised release

**Amended Sentence-December 14, 2015:** The motion under Title 28 U.S.C. § 2255 was granted, and the term of imprisonment was reduced to 186 months, and if the amended sentence was less than the amount of the time already served by the defendant, the sentence was to instead be reduced to "time served," to be followed by five (5) years of supervised release, as to each of Counts One and Seven, to be served concurrently

**Revocation- January 24, 2017:** An Agreed Order of Revocation was granted. Defendant's term of supervised release was revoked, and he was sentenced to 21 months imprisonment, to be followed by three (3) years supervised release

**Revocation- January 22, 2019:** An Agreed Order of Revocation was approved. Defendant's term of supervised release was revoked. He was sentenced to "time served," to be followed by two (2) years of supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** January 22, 2019

**Date Supervision Expires:** January 21, 2021

**Assistant U.S. Attorney:** J. Christian Lampe

**Defense Attorney:** G. Nicholas Wallace

***********************************************

# PETITIONING THE COURT

To modify the conditions of supervision as follows:

> **The condition requiring that the offender shall reside at the Oxford House; follow all of the rules and regulations of the program, and complete any programs recommended by the Oxford House, be removed.**

## CAUSE

Upon release from custody after his second revocation, Mr. Story was to report directly the Oxford House Sober Living Facility, in Johnson City, Tennessee. Upon arrival at the program, he learned that grant monies that were to assist him with payment for the program would not be available. He was unable to pay the required fees and went to the Veteran's Administration (VA) to see if he was eligible for any housing or assistance there. Mr. Story was in fact eligible for services and was accepted into the inpatient Domiciliary Program. Upon completing several months at the VA, he was able to locate his own residency and has moved into an apartment in the community. Mr. Story continues to seek mental health and medical care at the VA. Based on the above, the Probation Office respectfully requests the condition requiring his participation at the Oxford House be removed as alternative services have been located. Assistant United States Attorney Christian Lampe was notified of this recommendation and indicated no objection by the government.

Respectfully submitted,

*Cara D. Widner*

Cara D. Widner
United States Probation Officer

APPROVED:

*C. Dan Thornton*  2019.06.03 13:41:45 -04'00'
_____
C. Dan Thornton, Jr.	Date
Assistant Deputy Chief United States Probation Officer

CDW:sw

---

## ORDER OF COURT:

The conditions of supervision are hereby modified as follows:

**The condition requiring that the offender shall reside at the Oxford House; follow all of the rules and regulations of the program, and complete any programs recommended by the Oxford House, be removed.**

So ordered.

ENTER.	6-4-19

*[signature]*
The Honorable R. Leon Jordan
United States District Judge

PROB 49
EDTN79 - 1/98

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF TENNESSEE

Joseph Story
Docket No. 2:02-CR-22-003

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

The condition requiring that the offender shall reside at Oxford House; follow all of the rules and regulations of the program, and complete any programs recommended by the Oxford House, be removed.

Witness: Cara Widner
U.S. Probation Officer

Signed: *[signature]*
Supervised Releasee

June 3, 2019
DATE